In the Matter of the Application of the CITY OF NEW YORK to Acquire Lands under Water.

FRANK C. MEBANE, as Receiver for SYMES FOUNDATION, INC., Appellant; STATEN ISLAND RAILWAY COMPANY et al., Respondents.

*Appeal — motion to dismiss denied.*

Reported below, 209 App. Div. 828.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered May 9, 1924, which affirmed an order of Special Term dismissing the claim of the appellant herein.

The motion was made upon the ground that no constitutional question was involved.

*A. S. Gilbert* and *Royal E. T. Riggs* for motion.
*Benjamin Catchings* and *Merle I. St. John* opposed.

Motion denied, without prejudice to right to renew on argument of appeal. _____